

1 | PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
2 | 1624 Franklin Street, Suite 911
Oakland, CA 94612
3 | Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed March 2, 2016

5 | Attorneys for Debtors

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                  Case No. 16-40388 CN

GARY THOMAS GUERRA and                  Chapter 13
LINDA LEA GUERRA,
                                        ORDER ALLOWING ADDITIONAL TIME
         Debtors.                       TO FILE SCHEDULES
_____/

   The Court having considered the Debtors' Ex-Parte Motion for Additional Time to File Schedule and good cause appearing;

   **IT IS ORDERED** that debtors have an additional seven days (7) from the date of the motion to file the remaining schedules.

                         **END OF ORDER**

Page 1 of 2

**COURT SERVICE LIST**

'No physical service required'