

**The following constitutes
the order of the court. Signed March 10, 2016**

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re: Gary Thomas Guerra and Linda Lea Guerra | Case No.: 16-40388 CN |
| | Chapter: 13 |
| Debtor(s)/ | |

ORDER OF DISMISSAL

    Debtor(s) having failed to comply with this Court's order dated 3/2/2016, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients